### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF GEORGIA
### COLUMBUS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**QUINCEY WOOD** | **Case No.: 4:21-CR-00024-CDL-MSH-1** |

### ORDER ON MOTION FOR CONTINUANCE

Defendant Quincey Wood has moved the Court to continue the trial of his case from the September 2021 trial term to the Court's January 2022 trial term and to postpone the pretrial conference accordingly. The Government does not oppose this motion. Defendant was arraigned on August 4, 2021. Additional time is needed for counsel and the defendant to read the discovery and discuss the case, conduct pretrial investigation, complete legal research and to enter into plea negotiations between the defendant and government; if warranted. The Court finds that it is in the interests of justice to allow the parties to review the case, complete investigation, legal research and to explore possible plea negotiations and these interests outweigh the interest of the Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, Defendant's Motion for Continuance [Doc. 23] is **GRANTED**, and it is hereby ordered that this case shall be continued until the **January 2022 trial term**. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

It is SO ORDERED, this **13th** day of **August, 2021**.

    S/Clay D. Land
    HONORABLE CLAY D. LAND