IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>QUINCEY WOOD | CASE NO.: 4:21-CR-00024-CDL-MSH-1 |

## ORDER ON MOTION FOR CONTINUANCE

Defendant **Quincey Wood**, has moved the Court to continue the pre-trial conference and trial in this case. The pre-trial conference is presently scheduled for November 30, 2021. The defendant was arraigned on August 4, 2021. Additional time is needed by counsel to investigate, research and discuss the government's case in chief with Mr. Wood. The Court finds that it is in the interests of justice to allow the continuance for additional time to allow the parties to complete a thorough investigation and to explore possible plea negotiations and this interest outweighs the interest of the Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, Defendant's Motion for Continuance [Doc. 32] is **GRANTED**, and it is hereby ordered that this pre-trial conference and trial in this case shall be continued until the March 2022 trial term. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. ' 3161.

It is SO ORDERED, this **22nd** day of **November, 2021**

S/Clay D. Land
HONORABLE CLAY D. LAND
UNITED STATES DISTRICT COURT