**IIN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **QUINCEY WOOD** | **Case No.: 4:21-CR-00024-CDL-MSH-1** |

## ORDER

Defendant was indicted on June 10, 2021, ECF. 1, and arraigned on August 4, 2021, ECF Text Entry. A Jury Trial is currently scheduled for September 26, 2022. Defendant requests a continuance and the government does not oppose. Specifically, Defendant will be having a medical procedure on the September 15th and will need time to recover.

IT IS HEREBY ORDERED that the above-referenced matter be continued to next term of Court set for <u>January 2023</u>, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance would require Defendant to face trial before he has recovered from his imminent surgery, could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation. 18 U.S.C. §§ 3161(h)(7)(A)-(B). The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this **6th** day of **September, 2022**.

S/Clay D. Land
Clay D. Land, U.S. District Judge